UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| KENDRICK M. F. BATTS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ANDREW M. SAUL, Commissioner of Social )<br>Security, )<br>Defendant. ) | **JUDGMENT IN A CIVIL CASE**<br><br>**CASE NO. 7:19-CV-106-D** |

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court OVERRULES plaintiff's objections to the M&R [D.E. 22, 23], ADOPTS the conclusions in the M&R [D.E. 21 ], GRANTS defendant's motion to dismiss the complaint [D.E. 13], and DISMISSES this action.

**This Judgment Filed and Entered on June 18, 2020, and Copies To:**

| | |
|---|---|
| Kendrick M. F. Batts | (Sent to 406 W. Main St. Ext Rose Hill, NC 28458 via US Mail) |
| Cassia W. Parson | (via CM/ECF electronic notification) |

DATE:  
June 18, 2020

PETER A. MOORE, JR., CLERK
(By) /s/ Nicole Sellers
    Deputy Clerk